STATE v. GROSS

No. 466P91

Case below: 104 N.C.App. 97

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

STATE v. HARGROVE

No. 493P91

Case below: 104 N.C.App. 194

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 December 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

STATE v. LOCKLEAR

No. 500P91

Case below: 104 N.C.App. 311

Temporary stay dissolved 5 December 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

STATE v. McLEOD

No. 503P91

Case below: 104 N.C.App. 309

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.

STATE v. MORSE

No. 465P91

Case below: 104 N.C.App. 140

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.